Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

FILED
CLERK, U.S. DISTRICT COURT
DEC 16 2021
CENTRAL DISTRICT OF CALIFORNIA
BY OTA DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF
v.
Nick Roshdieh
USMS# _____
DEFENDANT

CASE NUMBER: 8:21-cr-00221 JLS-1

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on **12/16/21** at **7:00** ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   **18 USC 371 Conspiracy, 18 USC 220 Illegal Renumerations**

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes   Language: _____

7. Year of Birth: **1970**

8. Defendant has retained counsel: ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: **Luis Trujillo**

10. Remarks (if any): _____

11. Name: **Darrell Tweedt** (please print)

12. Office Phone Number: **310 477 6565**

13. Agency: **FBI**

14. Signature: [signed]

15. Date: **12/16/21**

CR-64 (09/20)       REPORT COMMENCING CRIMINAL ACTION