Katherine T. Corrigan, SBN 132226
CORRIGAN WELBOURN & STOKKE,
A PROFESSIONAL LAW CORPORATION
4100 Newport Place, Suite 550
Newport Beach, CA 92660
Telephone: 949-251-0330
Facsimile: 949-251-1181
E-Mail:  kate@cwsdefense.com
Attorney for Defendant, NICK ROSHDIEH

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> NICK ROSHDIEH, <br> Defendant | Case: 8:21-cr-00221-JLS <br><br> SUPPLEMENT TO DEFENDANT'S SENTENCING POSITION <br><br> Sentencing Date: September 1, 2023 <br> Hearing Time: 9:30 a.m. |

**TO THE HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE, THE UNITED STATES ATTORNEY'S OFFICE AND ITS ATTORNEY OF RECORD, ASSISTANT UNITED STATES ATTORNEY KRISTIN SPENCER, AND UNITED STATES PROBATION OFFICER LESLIE DE LA TORRE:**

Defendant NICK ROSHDIEH (hereinafter the "***Defendant***"), by and through counsel of record, Katherine Corrigan, hereby files Defendant's Supplement to Position Re Sentencing in the above-entitled matter.

DATED: August 24, 2023           _____/s/_____
                                 Katherine Corrigan
                                 Attorney for Defendant

1

Defendant's Sentencing Position Memorandum

# I.

## UPDATE SINCE INITIAL SENTENCING HEARING SESSION

Defendant respectfully submits this supplemental memorandum in order to provide additional information to assist the Court in fashioning a sentence "sufficient but not greater than necessary" to achieve the statutory purposes of punishment, as required by 18 U.S.C. Section 3553(a) in light of *United States v. Booker*, 125 U.S. 738 (2005).

On September 1, 2023, the Defendant will be before this Court for the second session of his sentencing hearing. The Court has made its initial calculations of the applicable sentencing guidelines.

After the adjournment of the sentencing hearing, the Defendant met with probation and provided further clarification of his financial records and ability to pay a fine. In that process, he provided numerous documents verifying his financial status.

In addition, the Defendant provided probation with further information relating to his father's declining health (relating to falls and memory decline), which includes additional letters from doctors, information relating to the monthly costs of memory care assisted living facilities (which are well beyond Defendant's financial abilities), and the daily ongoing needs his father presents. The Defendant's father's health continues to worsen, and Defendant reports that he has spent several nights with his father due to concerns that he will fall again, and out of concern that his father does not appear to be oriented to his surroundings. Defendant further reports that he has observed a decline in his father's ability to remember events, follow instructions or to remember to take his medications. He is unable to care for himself. His father's current housing does not provide the assistance that his health requires. The Defendant continues to be his sole caretaker.

On August 23, 2023, the probation officer disclosed the revised presentence report. The PSR, along with the accompanying sentence recommendation letter,

continue to recommend that the Court impose no fine on this Defendant because he lacks the ability to pay a fine.

Today, the United States Sentencing Commission announced that it voted to allow retroactive sentence reductions for "zero point" offenders. On this basis, defense counsel contacted government counsel, and requested that the Government not object to the application of a 2-level reduction in the offense level based on Defendant being a "zero point" offender. AUSA Spencer responded that she had spoken with her supervisor and that "the government won't oppose -2." On this basis, Defendant requests that the Court apply an additional 2-level reduction in the offense level calculation. This will avoid a future resentencing hearing and conserve valuable judicial and government resources. A 2-level reduction takes the Defendant's total offense level down to 15 (prior to any further variance). The advisory sentencing range is 18-24 months imprisonment.

Based on the Court's comments, the Defendant is aware that the Court intends to impose a custodial sentence.

The Defendant concurs with probation that a variance is in order in this case, and urges this Court to grant a 2-level adjustment or variance due to the proposed amendment to U.S.S.G. §4C1.1, and find that a significant variance is appropriate. The Defendant further urges this Court to impose short custodial sentence as it would be appropriate and just. The terms and conditions of supervised release articulated in the sentence recommendation letter filed by the probation officer will further promote respect for the law, satisfy the need to protect the public from Defendant, and serve as general and specific deterrence. This proposed sentence recognizes the factors set forth in 18 U.S.C. §3553 (a). Such a proposed sentence is adequate to achieve the goals of sentencing.

After full analysis of the sentencing factors in this case, the information provided by the defense and probation, the Defendant requests that the Court impose the following sentence and make the following recommendations:

1. A short period of incarceration
2. 3-year supervised release
3. Imposition of no fine
4. Imposition of $200 special assessment
5. The conditions of supervised release articulated in the sentence recommendation letter disclosed by probation and which of found at Docket entry 157.

DATED: August 24, 2023          Respectfully submitted,

_____/s/_____
Katherine Corrigan

# CERTIFICATE OF SERVICE

I, Katherine Corrigan, declare:

That I am a citizen of the United States and resident or employed in Orange County, California; that my business address is Corrigan Welbourn & Stokke, APLC, 4100 Newport Place, Suite 550, Newport Beach, California 92660; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That on **August 24, 2023**, I caused to be transmitted via facsimile or e-mail to the person(s) below and addressed as follows:

SUPPLEMENT TO DEFENDANT'S SENTENCING POSITION

on the following persons:

AUSA Kristin Spencer     Via email  Kristin.Spencer@usdoj.gov
United States Attorney's Office


Leslie De La Torre, USPO     Via E-Mail Leslie_DeLaTorre@cacp.uscourts.gov
United States Probation and Pretrial Services Office


This Certificate is executed on **August 24, 2023** at Newport Beach, California.  I certify under penalty of perjury that the foregoing is true and correct.


Dated:  August 24, 2023          ____/s/_____
                                  Katherine Corrigan

5

Defendant's Sentencing Position Memorandum