UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 21-0221-JLS-1 | Date | September 1, 2023 |
|---|---|---|---|

| Present: The Honorable | Josephine L. Staton, United States District Judge |
|---|---|
| Interpreter | Not Applicable |

| Gabby Garcia | Suzanne McKennon | Kristen Spencer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Nick Roshdieh | | X | X | Kate Corrigan | | X | X |

**Proceedings:    SENTENCING**

The matter is called and counsel state their appearances.  Sentencing hearing held.  See separate Judgment and Commitment Order.  The transcripts of this hearing are ordered sealed pending further order of the Court.

: 58

Initials of Deputy Clerk   gga

cc:  USPO